FILED
U.S. DISTRICT COURT
2014 APR 14 P 4:16
DISTRICT OF UTAH
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff, | ORDER ON MOTION TO DISMISS AND MOTION TO MODIFY ORDER |
|---|---|
| vs. | Case No. 1:13-cv-00163-BSJ |
| R. GORDON JONES, C.P.A., Defendant. | Judge Bruce S. Jenkins |

This matter came before the Court on March 21, 2014 on Defendant R. Gordon Jones' *Motion to Dismiss* and *Motion to Modify May 4, 2001 Consent Order*. Plaintiff Securities and Exchange Commission was represented by Polly Atkinson. Defendant Jones was represented by J. Michael Coombs and Elliott N. Taylor.

The Court, having read the parties' submissions and hearing argument, and being fully advised on the matter, DENIES Defendant Jones' *Motion to Dismiss* and *Motion to Modify May 4, 2001 Consent Order*. Defendant Jones shall Answer the Complaint on or before April 14, 2014.

SO ORDERED

April 14, 2014

BY THE COURT:

BRUCE S. JENKINS
United States District Judge

Respectfully submitted:

s/Polly Atkinson
Polly Atkinson
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
(303) 844-1000
AtkinsonP@sec.gov

Approved as to Form:

s/ J. Michael Coombs
J. Michael Coombs
Mabey & Coombs, L.C.
3098 South Highland Drive, Suite 323
Salt Lake City, UT 84106-6001
Telephone: 801-467-2779
Fax No. 801-467-3256
jmcoombs@sisna.com