FILED
2015 NOV 10 AM 11:05
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>R. GORDON JONES,<br><br>　　　　　　Defendant. | NOTICE<br><br><br>Case No. 1:13-CV-00163-BSJ<br><br>District Judge Bruce S. Jenkins |

Pursuant to the court's Memorandum Opinion and Order,[1] the Securities and Exchange Commission ("SEC") filed a post-trial brief in support of disgorgement on October 20, 2015,[2] which Mr. Jones responded to on November 8, 2015.[3]

In the event that the SEC wishes to file a reply to Mr. Jones's response, it should do so within ten days from the date of this notice.

DATED this 10th day of November, 2015.

　　　　　　　　　　　　　　　Bruce S. Jenkins
　　　　　　　　　　　　　　　United States Senior District Judge

---

[1] Filed Sept. 30, 3015, (CM/ECF No. 106).

[2] Br. in Supp. of Req. for Disgorgement, (CM/ECF No. 108).

[3] Def. Jones's Post-Trial Disgorgement Mem., (CM/ECF No. 109).