AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Northern Division for the District of Utah

FILED
U.S. DISTRICT COURT
2015 DEC 21 ⌐ 12: 34
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

SECURITIES AND EXCHANGE COMMISSION, United States,

    Plaintiff

v.

R. GORDON JONES, C.P.A.,

    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:13-CV-163-BSJ

IT IS ORDERED AND ADJUDGED

That judgment be entered in favor of the plaintiff and against defendant R. Gordon Jones in the amount of $600,000 as disgorgement for violations of the Bar Order.

| | |
|---|---|
| December 21, 2015 | D. Mark Jones |
| *Date* | *Clerk of Court* |
| | *(By) Deputy Clerk* |