Polly Atkinson, Esq., atkinsonp@sec.gov
Attorneys for Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
(303) 844-1000

Daniel J. Wadley, Esq., Utah Bar No. 10358
WadleyD@sec.gov
Securities and Exchange Commission
351 South West Temple, Suite 6.10
Salt Lake City, UT 84101
(801) 524-67488
(Local Counsel)

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT
## OF UTAH

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  Plaintiff,  vs.  R. GORDON JONES, C.P.A.,  Defendant. | SATISFACTION OF DISGORGEMENT ONLY BY R. GORDON JONES  Case No. 1:13-cv-00163-BSJ  District Judge: Bruce S. Jenkins |

Plaintiff, the United States Securities and Exchange Commission, hereby gives notice to the Court that the Order of Disgorgement in this action, of $600,000, plus post-judgment interest, has been satisfied in full.  This payment only satisfies the monetary provisions of the Judgment as to Defendant R. Gordon Jones and all other provisions remain in effect.

1

2

Dated:  February 3, 2016

Respectfully submitted,

<div style="margin-left:40%">

<u>s/ Polly Atkinson</u>
Polly Atkinson
Attorney for Plaintiff
United States Securities and Exchange Commission
1961 Stout St., Ste. 1700
Denver, CO 80294-1961

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2016, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record.

<div style="text-align: right;">

s/ Polly Atkinson
Polly Atkinson

</div>